**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.,

Defendants.

Case No. 1:23-cv-06436-RPK-PK

**DEFENDANTS' SUBMISSION REGARDING**
**EMPLOYER STATUS AND STATUTORY DAMAGES CAP**

Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. (collectively, "Defendants") respectfully file this Submission Regarding Employer Status and Statutory Damages Cap.

WHEREAS, this action was filed by the Equal Employment Opportunity Commission ("EEOC"), and Defendants deny all liability and deny that any damages of any kind are warranted;

NOW, THEREFORE, to simplify certain legal issues and conserve the resources of the parties and the Court, and solely for purposes of this action, Defendants state that they will not contest the following:

1. Solely for purposes of this action, and without admitting liability, Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. shall be treated as a single employer and/or integrated enterprise.

2. Solely for purposes of this action, and without admitting liability, Defendants state

that during the relevant period St. Charles Housing, LP averaged two (2) employees, Menowitz Management Corp. averaged thirteen (13) employees, and Apartment Rental Assistance II, Inc. averaged nine (9) employees. For purposes of any cap on compensatory and punitive damages under 42 U.S.C. § 1981a(b)(3) that the Court may apply if liability is found, and without admitting liability, Defendants will not contest application of the cap set forth in 42 U.S.C. § 1981a(b)(3)(C).

3. Solely for purposes of this action, and without admitting liability, Defendants will not contest that the employment related actions of Ginger Positerry at issue in this lawsuit are attributable to Defendants.

4. Solely for purposes of this action, and without admitting liability, Defendants will not contest that any injunctive relief ordered by the Court, if any, may run against Defendants and Ms. Positerry.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase
E.D.N.Y. Bar No. kc4200
Chase Law & Associates, P.A.
951 Yamato Rd., Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Email: kchase@chaselaw.com

*Attorney for Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via CM/ECF on April 16, 2026.

By: */s/ Kenneth E. Chase*
Kenneth E. Chase