# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.,<br><br>Defendants. | Case No. 1:23-cv-06436-RPK-PK |

**DEFENDANTS' RESPONSE TO ITEM 1 OF THE**
**COURT'S ORDER OF JULY 13, 2026 PURSUANT TO FED. R. CIV.P. 33(d)**

Pursuant to Item 1 of the Court's Minute Entry and Order of July 13, 2026, Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp. submit this Response identifying, pursuant to Fed. R. Civ. P. 33(d), the produced records containing the names of the general partners, limited partners, and members of each Non-Party Entity.

**Item 1 Requirement.** Item 1 directs Defendants to identify, for each Non-Party Entity that is a limited partnership, the names of its general partners and limited partners, and for each Non-Party Entity that is a limited liability company, the names of its members. Item 1 further directs Defendants to identify, where any general partner, limited partner, or member is itself a limited partnership or limited liability company, the names of that entity's general partners, limited partners, or members.

**Rule 33(d) Response.** Pursuant to Fed. R. Civ. P. 33(d), the information responsive to Item 1 is set forth in the executed limited partnership agreements, operating agreements, and related governance documents that Defendants produced on August 10, 2026. Those documents identify, for each Non-Party Entity, the general partners and limited partners (for the limited partnerships) or the members (for the limited liability companies). The burden of deriving the responsive information from those records is substantially the same for either party.

**Specific Records.** The produced agreements responsive to Item 1 include

- Bates range ST. CHARLES HOUSING HIGHLY CONFIDENTIAL 0003748 to ST. CHARLES HOUSING HIGHLY CONFIDENTIAL 0009626
- Bates range ST. CHARLES HOUSING HIGHLY CONFIDENTIAL 0055943 to ST. CHARLES HOUSING HIGHLY CONFIDENTIAL 0056749

**Information in the Records.** Defendants have produced the executed limited partnership and operating agreements for the Non-Party Entities. In each such agreement, the signature block identifies the authorized executing party for each entity within an entity, including a general partner, limited partner, or member. Where any general partner, limited partner, or member is itself a limited partnership or limited liability company, the signature block on the produced agreement identifies the person or entity authorized to execute that agreement on behalf of the upper-tier entity. See Fed. R. Civ. P. 34(a)(1); Fed. R. Civ. P. 33(b)(1)(B).

**Reservation.** Defendants reserve the right to supplement this Response if additional responsive information comes into their possession, custody, or control, and based on ongoing conferrals with Plaintiff regarding the scope of Item 1.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

Signed by:
Nicole Chriqui
960F2802E2BE43A...

8/17/2026

Nicole Chriqui
for St. Charles Housing, LP
for Menowitz Management Corp.
for Apartment Rental Assistance II, Inc.
d/b/a Apartment Corp.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: *<u>/s/ Kenneth E. Chase</u>*
Kenneth E. Chase
E.D.N.Y. Bar No. kc4200
Chase Law & Associates, P.A.
951 Yamato Rd., Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Email: kchase@chaselaw.com

*Attorney for Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via email on August 17, 2026, to Plaintiff's counsel of record.

By: *<u>/s/ Kenneth E. Chase</u>*
Kenneth E. Chase