# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.,<br><br>Defendants. | Case No. 1:23-cv-06436-RPK-PK |

**DEFENDANT APARTMENT RENTAL ASSISTANCE II, INC.**
**D/B/A APARTMENT CORP.'S THIRD SUPPLEMENTAL**
**ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. 33 and the Court's Order of July 13, 2026, Defendant Apartment Rental Assistance II, Inc. serves these Third Supplemental Answers to Plaintiff Equal Employment Opportunity Commission's Second Set of Interrogatories to ARA.

**SUPPLEMENTAL ANSWERS TO INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify all persons who worked for Defendant, whether on a temporary or permanent basis, indicating each person's sex. This request includes all employees, officers, directors, partners, affiliates, agents, owners, and individuals hired through a staffing agency. For each individual, provide the position(s) held, work site, and dates of employment.

**Answer:** Defendant objects to this interrogatory on the grounds that it is not relevant to any party's claim or defense or proportional to the needs of the case. It is also overbroad in that it does not specify the time frame. Defendant further objects to this interrogatory on grounds that this question was raised per the deposition testimony, which is incorporated by reference.

**Third Supplemental Answer.** Pursuant to Item 20 of the Court's Order of July 13, 2026 (ECF No. 96), and consistent with Defendants' offer on the record at the conference held on July 9, 2026 (ECF No. 97) to produce the payroll records of Defendants and the Non-Party Entities to identify responsive persons, Defendant Menowitz Management supplements as follows.

Pursuant to Fed. R. Civ. P. 33(d), the information responsive to this interrogatory for 2020 and 2021 is set forth in the payroll journals and annual Employee Earnings reports that Defendants produced on August 10, 2026, and identified as "Payroll Records 2020 & 2021" in Defendants' production. Those records identify each employee, sex, position, work site, and dates of employment for Defendants and the Non-Party Entities. The burden of deriving the responsive information from those records is substantially the same for either party.

Andrus was employed at St. Charles Place in Lake Charles, Louisiana, from September 2020 through early February 2021. The Court ordered production of payroll records for 2020 and 2021, and Defendants have provided the responsive employee information for those years through the produced payroll records. Defendants are conferring with Plaintiff regarding the temporal scope of this interrogatory and reserve the right to supplement this response as those conferrals proceed or as the Court directs.

**INTERROGATORY NO. 2:**

Identify all persons managed by Regional Property Manager Ginger Positerry, whether on a temporary or permanent basis, indicating each person's sex. This request includes anyone who reports directly or indirectly to Positerry, and includes all employees, agents, and individuals hired through a staffing agency. For each individual, provide the position(s) held, work site, and dates of employment.

**Answer:** Defendant objects to this interrogatory as this interrogatory overbroad, unduly burdensome, and not proportional to the needs of the case as it seeks information for all persons, whether employees, agents, or temporary workers, who directly or indirectly reported to Ginger Positerry, without limitation by time period, relevance to Plaintiff, or connection to the property where Andrus worked. Defendant further objects on the grounds that this request seeks personally identifiable information including employment status and sex.

**Third Supplemental Answer.** The chart of persons managed by Ginger Positerry, is per below. Andrus was employed from September 2020 through early February 2021. The Court ordered production of payroll records for 2020 and 2021, and Defendants have provided those records.

| Start Date | Name | Position | Sex (to the best of my knowledge) |
|---|---|---|---|
| 1/13/2020 | Vivian Ward | Property Mgr | F |
| 1/27/2020 | Derrell Mckinnies | Maintenance | M |
| 2/5/2020 | Bryan Antunez | Maintenance | M |
| 3/10/2020 | Amaury Espinal | Maintenance | M |
| 3/30/2020 | Jason Harris | Maintenance | M |
| 4/22/2020 | Dandrea Brown | Maintenance | F |
| 5/28/2020 | Roberto San Martinez | Maintenance | M |

| | | | |
|---|---|---|---|
| 5/28/2020 | Isiah Gordon | Maintenance | M |
| 6/18/2020 | Brian Carey | Maintenance | M |
| 7/4/2020 | Ivan Rodriguez | Maintenance | M |
| 7/7/2020 | Linda Starling | Property Mgr | F |
| 7/8/2020 | Sherri Stewart | Property Mgr | F |
| 7/23/2020 | Randall Autin | Maintenance | M |
| 7/27/2020 | David Lee | Maintenance | M |
| 8/2/2020 | Chelsey Positerry | Assistant Manager /Leasing Agent | F |
| 8/3/2020 | Renford Cindass | Maintenance | M |
| 8/3/2020 | Lindgret Celestine | Property Mgr | F |
| 8/31/2020 | Ned Norman | Maintenance | M |
| 8/31/2020 | LaBarbie Pringle | Assistant Manager /Leasing Agent | F |
| 9/1/2020 | Devante Milton | Maintenance | M |
| 9/8/2020 | Metoya Slade | Property Mgr | F |
| 9/27/2020 | Jlayna Andrus | Property Mgr | F |
| 11/13/2020 | Dannielle Small | Property Mgr | F |
| 12/28/2020 | Stanley Jefferson | Maintenance | M |
| 1/8/2021 | Casey Barnes | Admin | M |
| 1/11/2021 | Benjamin Butler | Maintenance | M |
| 2/1/2021 | Deonte Mitchell | Maintenance | M |
| 3/2/2021 | Ronald Egana | Maintenance | F |
| 3/4/2021 | LaToya Lomas | Assistant Manager /Leasing Agent | F |
| 3/16/2021 | Adde-lisa Baldwin | Assistant Manager /Leasing Agent | F |
| 3/16/2021 | KimberlyPowell | Property Mgr | F |
| 3/22/2021 | Eric Marshall | Maintenance | M |
| 3/29/2021 | Blanca Alcala | Office Staff | F |
| 4/25/2021 | Kelly Moore | Maintenance | F |

| | | | |
|---|---|---|---|
| 4/25/2021 | Yusef Umrani | Maintenance | M |
| 5/26/2021 | DeraymondHall sr. | Maintenance | M |
| 5/28/2021 | Lillian Granderson | Regional Mgr | F |
| 6/2/2021 | Kelvin Coney | Maintenance | M |
| 6/3/2021 | Kevin Redmond | Maintenance | M |
| 6/11/2021 | Tammy Langley | Assistant Manager /Leasing Agent | F |
| 6/18/2021 | Christian Smith | Maintenance | |
| 7/29/2021 | Anthony Lowe | Maintenance | M |
| 7/30/2021 | Joely Velasquez | Property Mgr | F |
| 8/13/2021 | Samantha Duffourc | Assistant Manager /Leasing Agent | F |
| 9/8/2021 | George Sarkissov | Office Staff | M |
| 9/15/2021 | Milton Hunter | Maintenance | M |
| 9/17/2021 | Dinetra Williams | Regional Mgr | F |
| 10/21/2021 | Ethan Cowles | Operations | M |
| 11/2/2021 | Nelson Reyes | Maintenance | M |
| 11/22/2021 | Dequanta Sutherland | Property Mgr | F |
| 12/1/2021 | Terrence Kelly | Maintenance | M |
| 12/2/2021 | Ryan Lisotta | Maintenance | M |
| 12/15/2121 | Asjia Carter | Assistant Manager / Leasing Agent | F |
| 12/20/2021 | Jasmin Tran | Special Projects | F |

**INTERROGATORY NO. 3:**

Identify all entities that provided payroll processing services for Defendant, including the dates for which each entity provided Defendant with such services.

**Answer:** Defendant objects to this interrogatory on the grounds that this question was raised per the deposition testimony, which is incorporated by reference. Defendant further objects to this interrogatory on the grounds that this interrogatory is overbroad and not proportional to the needs of the case as it seeks identification of all entities that provided payroll processing services to Defendant over an undefined period, regardless of whether such services were relevant to Andrus's employment.

**Third Supplemental Answer.** ARA's payroll processor was Paycom from before 2020 through July 2022. After July 2022, ARA's payroll processor was Paychex.

**VERIFICATION**

I declare under penalty of perjury that the foregoing is true and correct.

DocuSigned by:
Ginger Positerry
F5A47866A1BD422...

8/18/2026

Ginger Positerry
for Apartment Rental Assistance II, Inc.
d/b/a Apartment Corp.Corp.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: /s/ Kenneth E. Chase
Kenneth E. Chase
E.D.N.Y. Bar No. kc4200
Chase Law & Associates, P.A.
951 Yamato Rd., Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Email: kchase@chaselaw.com

*Attorney for Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via email on August 17, 2026 to Plaintiff's counsel of record.

By: /s/ Kenneth E. Chase
Kenneth E. Chase