IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.<br><br>Defendants. | 1:23-CV-6436 (RPK)(PK) |

**NOTICE OF MOTION FOR SANCTIONS**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 37(b)(2)(A), (C), 16(f), 26(g)(1)(B)(ii); and 28 U.S.C. § 1927, and this Court's inherent powers, and for the reasons stated in the accompanying memorandum of law and the declaration of Renay M. Oliver, Esq., and the exhibits attached thereto, Plaintiff, the Equal Employment Opportunity Commission ("EEOC"), hereby moves for sanctions to be awarded against Defendants and their counsel. Specifically, the EEOC seeks an order:

(1) deeming as established that, for the purposes of this litigation, Defendants and the non-party entities they manage operated as an integrated enterprise (the "Menowitz Enterprise");

(2) deeming as established that the Menowitz Enterprise had 501 or more employees for 20 or more calendar weeks in 2020 and/or 2021, *see* 28 U.S.C. § 1981a(b)(3)(D);

(3) precluding Defendants from presenting evidence at trial of corporate wealth;

(4) precluding Defendants from presenting evidence at trial as to Charging Party J'Layna Andrus's job performance or qualifications;

(5) imposing the warned monetary sanction of $100 per day from August 18, 2026 until Defendants produce all outstanding documents and responses; and

(6) awarding the EEOC its reasonable fees and costs.

Dated: August 31, 2026

Respectfully submitted,

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Renay M. Oliver*

Renay M. Oliver
Trial Attorney
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Tel: (929) 506-5289
Fax: (212) 336-3623
renay.oliver@eeoc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2026, I caused true and accurate copies of the EEOC's Memorandum of Law in Support of Its Motion for Sanctions; and the Declaration of Renay M. Oliver, dated August 31, 2026, to be served electronically through the Court's CM/ECF system upon all counsel of record.

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

*/s/ Renay M. Oliver*
Renay M. Oliver
Trial Attorney
New York District Office
33 Whitehall Street, 5th Floor
New York, NY 10004
Tel: (929) 506-5289
Fax: (212) 336-3623
renay.oliver@eeoc.gov