CHASE LAW
& ASSOCIATES, P.A.

September 1, 2026

The Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201
*Via ECF*


Kenneth E. Chase
Chase Law & Associates, P.A
951 Yamato Road, Suite 280
Boca Raton, Florida 33431
t 305.402.9800
kchase@chaselaw.com
www.chaselaw.com


*Re: EEOC v. St. Charles Housing, LP, et al., Case No. 1:23-cv-06436-RPK-PK*

Dear Judge Kuo:

On August 18, 2026, the Court ordered the parties to submit a joint letter proposing a deadline for the close of all discovery and indicating whether dispositive motions are anticipated by September 1, 2026. Per the attached correspondence, the EEOC has not cooperated in submitting the joint letter ordered by the Court.

Defendants propose a deadline of October 1, 2026 for the close of all discovery. As Defendants understand it, the EEOC will be requesting November 2, 2026 for the close of all discovery. Both sides anticipate dispositive motions.

Very truly yours,

Kenneth E. Chase