| | |
|---|---|
| **From:** | Kenneth E. Chase |
| **To:** | "RENAY OLIVER" |
| **Cc:** | ELIZABETH FIGUEIRA; Darren D. Sturges |
| **Subject:** | RE: [External] Re: EEOC v. St. Charles Housing, LP et al. |
| **Date:** | Tuesday, September 1, 2026 11:16:00 AM |
| **Attachments:** | image001.png |

Renay,

Two sets of follow-ups.

First, on the questions in my prior emails that the EEOC has not answered:

1. Has the EEOC reviewed the 56,759 pages of documents Defendants produced on August 10, 2026, and if so, when?
2. What specific ordered materials, if any, does the EEOC contend remain outstanding after the sworn certification Defendants served on August 18, 2026? Please identify each item with specificity.
3. What additional discovery does the EEOC intend to take within its proposed 60-day period?
4. Defendants renew the request to confer with a supervising EEOC attorney regarding this matter.

Second, I have two questions raised by the EEOC's Motion for Extension (ECF No. 108):

5. Please identify with specificity the ECF issues the EEOC encountered on August 31, 2026, the exhibits that required reformatting, and the time at which the EEOC first began attempting to file.
6. Your August 26, 2026 email and your August 31, 2026 email each suggested that Defendants had “outstanding” materials to produce. Please state, as of the date the EEOC filed its Motion for Sanctions, whether the EEOC was operating under the understanding that Defendants were still in the midst of production, and if so, the factual basis for that understanding. If the EEOC believed production was incomplete, please explain why the EEOC did not confer with Defendants to identify the specific items believed to be missing before filing for sanctions.

Thank you.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Boca Raton Office**
951 Yamato Road, Suite 280

Boca Raton, FL 33431

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** RENAY OLIVER <RENAY.OLIVER@EEOC.GOV>
**Sent:** Tuesday, September 1, 2026 10:28 AM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** ELIZABETH FIGUEIRA <ELIZABETH.FIGUEIRA@EEOC.GOV>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** Re: [External] Re: EEOC v. St. Charles Housing, LP et al.

Kenneth,

Please see our August 21, 2026 letter to the Court, Dkt. No. 102 (attached), for the various issues we identified, at bare minimum. However, as you know, it is for Defendants to certify their production is complete. Are you asserting that Defendants have now fully complied?

We have explained why we proposed a November 2 deadline. We are available to meet and confer once you have confirmed full compliance with the Court's orders.

Thank you,
Renay

Renay M. Oliver
Trial Attorney
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street Fl. 5
New York, NY 10004
(929) 506-5289

renay.oliver@eeoc.gov

---

**From:** Kenneth E. Chase <kchase@chaselaw.com>
**Sent:** Monday, August 31, 2026 2:47 PM
**To:** RENAY OLIVER <RENAY.OLIVER@EEOC.GOV>
**Cc:** ELIZABETH FIGUEIRA <ELIZABETH.FIGUEIRA@EEOC.GOV>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** RE: [External] Re: EEOC v. St. Charles Housing, LP et al.

Hi Renay,

Defendants have produced 56,759 pages of documents responsive to the Court's Orders, together with the sworn certification and supplemental verified interrogatory responses weeks ago. Defendants have invited the EEOC to discuss the production. To date, the EEOC has not identified any deficiency or specific category of ordered production that Defendants have failed to produce.

To help Defendants evaluate the EEOC's proposed 60-day supplemental discovery period, please advise:

1. Whether the EEOC has reviewed the documents produced weeks ago, and if so, when the review was completed.
2. What additional discovery, if any, the EEOC intends to take within the proposed 60-day period.
3. What specific ordered materials, if any, the EEOC contends remain outstanding.

Defendants' proposed October 1, 2026 discovery deadline reflects the need to wrap up discovery. If the EEOC identifies specific outstanding items, Defendants remain willing to address them promptly.

Defendants also renew the request to confer with a supervising EEOC attorney regarding this case.

Please confirm by close of business today whether the EEOC will submit a joint status letter in advance of tomorrow's deadline.

Thank you.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Boca Raton Office**
951 Yamato Road, Suite 280

Boca Raton, FL 33431

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW & ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** RENAY OLIVER <RENAY.OLIVER@EEOC.GOV>
**Sent:** Monday, August 31, 2026 9:31 AM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** ELIZABETH FIGUEIRA <ELIZABETH.FIGUEIRA@EEOC.GOV>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** Re: [External] Re: EEOC v. St. Charles Housing, LP et al.

Kenneth,

Please let us know when Defendants intend to provide all outstanding ordered materials and certifications. We note that in your letter to the Court, you did not represent that Defendants had fully complied with its orders.

Any discovery deadline must factor in the additional time required to obtain and review those materials. Given the unknowns, we propose 60 days to complete discovery, including depositions. We also intend to file a dispositive motion.

Please let us know if a November 2, 2026 fact discovery deadline is acceptable to Defendants.

Thank you,
Renay

Renay M. Oliver
Trial Attorney
Equal Employment Opportunity Commission
New York District Office

33 Whitehall Street Fl. 5
New York, NY 10004
(929) 506-5289
renay.oliver@eeoc.gov

---

**From:** Kenneth E. Chase <kchase@chaselaw.com>
**Sent:** Friday, August 28, 2026 6:57 PM
**To:** RENAY OLIVER <RENAY.OLIVER@EEOC.GOV>
**Cc:** ELIZABETH FIGUEIRA <ELIZABETH.FIGUEIRA@EEOC.GOV>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** [External] Re: EEOC v. St. Charles Housing, LP et al.

**CAUTION:** The sender of this message is external to the EEOC network. Please use care when clicking on links and responding with sensitive information. Forward suspicious emails to phishing@eeoc.gov.

Hi Renay,

The Court directed the parties to file a joint status report proposing a deadline for the close of all discovery and indicating whether dispositive motions are anticipated by September 1, 2026.

Defendants propose an October 1, 2026 deadline for the close of all discovery and Defendants intend to file a dispositive motion.

If you do not intend to file a joint letter providing this information requested by the Court, please let me know by Monday morning and I will file Defendants' letter separately. We will not be signing on to a letter loaded up with more unnecessary, misleading, and deceitful representations from you regarding discovery.

As a reminder, Ms. Andrus refused to come in to work in February 2021 and she was not discriminated against. The EEOC is aware of this and has waged an improper campaign of harassment against a family business for no good reason.

The EEOC's counsel has made a series of false and prejudicial representations to the Court.

Thank you.

**Kenneth E. Chase**
Chase Law & Associates, P.A.
t 305.402.9800
kchase@chaselaw.com

**Boca Raton Office**
951 Yamato Road, Suite 280
Boca Raton, FL 33431

FLORIDA | CALIFORNIA
WASHINGTON, DC | NEW YORK
MASSACHUSETTS | MARYLAND | TEXAS

www.chaselaw.com

CHASE LAW
& ASSOCIATES, P.A.

*This electronic communication contains information from the law firm of Chase Law & Associates, P.A. The contents and attachments may be privileged and confidential and are intended only for the named recipients. If you are not an intended recipient, please note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you received this communication in error, please contact me. Thank you for your assistance.*

---

**From:** RENAY OLIVER <RENAY.OLIVER@EEOC.GOV>
**Sent:** Wednesday, August 26, 2026 12:13 PM
**To:** Kenneth E. Chase <kchase@chaselaw.com>
**Cc:** ELIZABETH FIGUEIRA <ELIZABETH.FIGUEIRA@EEOC.GOV>; Darren D. Sturges <dsturges@chaselaw.com>
**Subject:** EEOC v. St. Charles Housing, LP et al.

Kenneth,

We have a joint letter to the Court due on September 1, 2026. *See* August 18, 2026 Order. As you know, the EEOC has already provided the Court with an update on the status of the discovery and identified deficiencies in Defendants' document productions, responses, and certifications. *See* Dkt. No. 102. As Defendants will need to address those items and report on the timing of additional productions, we expect you to provide Defendants' section of the letter initially so that the EEOC can respond.

Please share Defendants' section by COB Friday. Once we have your draft, we will review and provide our response promptly. This will ensure that all parties have adequate time to review and finalize the letter by August 31, 2026.

Thank you,
Renay

Renay M. Oliver
Trial Attorney
Equal Employment Opportunity Commission
New York District Office
33 Whitehall Street Fl. 5
New York, NY 10004
(929) 506-5289
renay.oliver@eeoc.gov