**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.,

Defendants.

Case No. 1:23-cv-06436-RPK-PK

**DEFENDANTS' MOTION FOR AN EXTENSION OF ONE BUSINESS DAY TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp. move under Individual Practice Rule IV for an extension of one business day, through Monday, September 14, 2026, to file their opposition to the Motion for Sanctions filed by Plaintiff Equal Employment Opportunity Commission [104].

The Court set the current deadline in its September 1, 2026 Order, which requires Defendants to file any opposition by September 11, 2026. The same Order granted the EEOC's unopposed motion for an extension [108] *nunc pro tunc* and deemed the Motion for Sanctions and its supporting filings [105] [106], filed on August 31 and September 1, 2026, timely.

Defendants' opposition papers are nearly complete. Unforeseen child care and family obligations arose yesterday and today, and those obligations prevent undersigned counsel from finalizing and filing the papers before the close of business. Defendants have made no prior request to extend this deadline.

Undersigned counsel emailed Plaintiff's counsel earlier today to ask whether the EEOC consents to this request. Counsel received no response. The EEOC's lead attorney has an out-of-office reply stating that she will not return until Monday, September 14, 2026.

Under Rule IV(C), the only other date this request affects is the EEOC's reply deadline, which runs five business days from the filing of the opposition under Rule VI(A)(2)(c) and will shift by the same one business day. The November 2, 2026 deadline for the joint status report and dispositive motions is unaffected, so no revised Proposed Discovery Plan/Scheduling Order is required. Defendants consent to any corresponding extension of the EEOC's reply deadline.

Rule IV(D) requires that extension requests be made two business days before the deadline absent an emergency. The circumstances described above arose within the last two days and qualify as the emergency the Rule contemplates.

For these reasons, Defendants respectfully request that the Court extend their deadline to file the opposition to the Motion for Sanctions through Monday, September 14, 2026.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: *<u>/s/ Kenneth E. Chase</u>*
Kenneth E. Chase
E.D.N.Y. Bar No. kc4200
Chase Law & Associates, P.A.
951 Yamato Rd., Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Email: kchase@chaselaw.com

*Attorney for Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via EC/ECF on September 11, 2026.

By: *<u>/s/ Kenneth E. Chase</u>*
Kenneth E. Chase