**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

Plaintiff,

v.

ST. CHARLES HOUSING, LP, MENOWITZ MANAGEMENT CORP., and APARTMENT RENTAL ASSISTANCE II, INC. d/b/a APARTMENT CORP.,

Defendants.

Case No. 1:23-cv-06436-RPK-PK

**DEFENDANTS' MOTION FOR BRIEF EXTENSION OF TIME**
**TO FILE THEIR OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS**

Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp. respectfully move under Individual Practice Rule IV for a brief extension, through the early morning hours of September 15, 2026, to file their opposition to the Motion for Sanctions filed by Plaintiff Equal Employment Opportunity Commission [104].

The Court originally set September 11, 2026 as Defendants' deadline to respond to the Motion for Sanctions. By Minute Order entered on Defendants' prior motion [110], the Court extended that deadline through September 14, 2026.

Defendants now respectfully request an additional extension of only a few hours to finalize and file their opposition papers. Unanticipated family and professional obligations arose today and materially limited the undersigned's ability to complete the filing by midnight. Defendants expect to complete and file their opposition during the early morning hours of September 15, 2026.

The undersigned emailed counsel for the EEOC to request its position on this brief extension but, as of the filing of this motion, has not received a response.

Under Rule IV(C), the only other deadline affected by this request is the EEOC's reply deadline. Under Rule VI(A)(2)(c), the reply is due five business days after the opposition is filed and, as a result, would move by one business day. Defendants consent to that corresponding extension. The November 2, 2026 deadline for the parties' joint status report and dispositive motions will remain unchanged, and no revised Proposed Discovery Plan/Scheduling Order is therefore necessary.

Rule IV(D) generally requires a request for an extension to be made at least two business days before the deadline unless an emergency prevents compliance. The circumstances necessitating this brief request arose today and could not have been raised two business days in advance.

For these reasons, Defendants respectfully request that the Court extend their deadline to file their opposition to the Motion for Sanctions through the early morning hours of September 15, 2026.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

By: /s/ Kenneth E. Chase
Kenneth E. Chase
E.D.N.Y. Bar No. kc4200
Chase Law & Associates, P.A.
951 Yamato Rd., Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
Email: kchase@chaselaw.com

*Attorney for Defendants St. Charles Housing, LP, Menowitz Management Corp., and Apartment Rental Assistance II, Inc. d/b/a Apartment Corp.*

**CERTIFICATE OF SERVICE**

I, Kenneth E. Chase, hereby certify that I served the foregoing via EC/ECF on September 14, 2026.

By: /s/ Kenneth E. Chase
Kenneth E. Chase